UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER ERRICO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-10337-NMG |
| ) | |
| DANIEL ROSA, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER ON PLAINTIFF'S MOTION TO STRIKE.

October 13, 2010

The Plaintiff, Christopher Errico's, Motion to Strike (Docket # 22) is DENIED, except that the Court will treat the motion as a sur-reply in its consideration of the Defendants' Motion to Dismiss (Docket # 15).

SO ORDERED,

 /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE